IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE JETT,

        Plaintiff,                    No. CIV S-02-2036 GEB JFM P

    vs.

M. PENNER, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This matter is set for telephonic hearing on March 13, 2007, at 2:00 p.m. on defendants' request for amendment of the scheduling order and to resolve the matter of production of plaintiff's central file;

        2. Counsel for plaintiff, counsel for defendants, and counsel for the California Department of Corrections and Rehabilitation shall all participate in the conference call;

        3. Counsel for defendants shall make arrangements for the conference call, which shall be placed to the chambers of the undersigned at the time set in this order; and

/////

1       4. The Clerk of the Court is directed to serve a copy of this order on all parties to
2 this action and on counsel for the California Department of Corrections and Rehabilitation.
3 DATED: March 5, 2007.

                                                         UNITED STATES MAGISTRATE JUDGE

12
jett2036.cc