IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE JETT,

      Plaintiff,                    2:02-cv-2036-GEB-JFM-P

   vs.

M. PENNER, et al.,

      Defendants.            <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On June 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  On July 2, 2007, defendants filed objections to the findings and recommendations.  On July 10, 2007, plaintiff filed a response to defendants' objections and a request for judicial notice of two declarations filed by defendant Peterson in other actions pending in the court.  Good cause appearing, plaintiff's request for judicial notice will be granted.  <u>See</u> Fed. R. Evid. 201.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. The findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 10, 2007 request for judicial notice is granted;

2. The findings and recommendations filed June 22, 2007 are adopted in full; and

3. Defendants' April 12, 2007 motion for summary judgment or in the alternative for summary adjudication of issues is denied.

Dated: August 10, 2007

GARLAND E. BURRELL, JR.
United States District Judge