LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant MONTE PENNER, M.D.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANCE B. JETT, | CASE NO. CIV-S-02-2036 GEB JFM (P) |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING MODIFICATION OF FINAL PRETRIAL ORDER; [PROPOSED] ORDER** |
| M. PENNER, D. PETERSON, C. PLILER, et al. | |
| Defendants. | |

For reasons unrelated to the representation of Dr. Penner and the remaining defendants in this case, the Attorney General declared that a conflict of interest prevents the Attorney General and Deputy Attorney General James Walter from continuing to represent Dr. Penner. On Tuesday, October 30, 2007, Dr. Penner filed his Substitution of Attorneys, substituting Van Longyear and Jennifer Marquez of Longyear, O'Dea and Lavra, LLP as his counsel. The trial in this matter is scheduled to begin on December 4, 2007. Defense counsel for Dr. Penner believe that they can be ready to try the case on that date, but require some accommodation in order to meet the various pretrial filing deadlines established by the Court in its Final Pretrial Order. The parties through their respective counsel have met and conferred on this matter and, subject to the Court's approval, have agreed to the following schedule. The parties recognize that the schedule requires various documents and actions to be performed on or before November 12, 2007, which is a legal holiday.

The parties understand that the Court's electronic filing system will accept filing on that day and have agreed to use that date as follows.

| | |
|---|---|
| 11/12/07 | Last day to file stipulation regarding evidentiary disagreements; |
| 11/12/07 | Last day to file Trial Briefs; |
| 11/12/07 | Last day to exchange all exhibits marked with stickers provided by Court; |
| 11/12/07 | Last day for designation of discovery responses to be used, including interrogatories and depositions or portions of depositions, except for interrogatories and depositions used solely to refresh recollection, impeachment or rebuttal; |
| 11/12/07 | Rule 26(a)(3) disclosures; |
| 11/19/07 | Last day to file counter designations of discovery (interrogatories, depositions, etc); |
| 11/19/07 | Last day to submit joint agreed-upon statement of case for reading to jury; |
| 11/19/07 | Last day to file joint set of jury instructions, proposed voir dire and verdict forms; |
| 11/26/07 | Last day to file opposing authority to contested instructions; |
| 11/26/07 | Last day to file opposing authority to contested voir dire joint set of voir dire questions; |
| 11/27/07 | Last day to file and serve objections to exhibits; |
| 11/27/07 | Last day to file response to opening trial briefs |
| 11/27/07 | Last day to file and serve evidentiary objections to designated discovery; |
| 11/30/07 | Last day to produce exhibits to court |

Except as listed, all other deadlines set in the Final Pretrial Order remain as specified in that Order.

It is so stipulated.

FARELLA BRAUN & MARTEL LLP


Date: _____            By:   /s/ Frank J. Riebli_____
                                       FRANK J. RIEBLI
                                       Attorney for Plaintiff

///

///

Date: _____             LONGYEAR, O'DEA & LAVRA, LLP


By: ___/s/ Van Longyear_____
    VAN LONGYEAR
    Attorney for Defendant
    Monte Penner, M.D.


Date: _____             EDMUND G. BROWN, ATTORNEY GENERAL
                                 OF THE STATE OF CALIFORNIA


By: ___/s/ James Walter_____
    JAMES WALTER
    Attorney for M.D. Douglas Peterson, M.D. and
    C.K. Pliler


**IT IS SO ORDERED.**


Date: October 31, 2007
                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge