UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
LANCE B. JETT,                )
                              )    2:02-cv-2036-GEB-JFM-P
          Plaintiff,          )
                              )
     v.                       )    ORDER RE: SETTLEMENT
                              )    AND DISPOSITION
MONTE W. PENNER, et al.,      )
                              )
          Defendants.         )
                              )
```

On November 9, 2007, the parties filed a Notice of Settlement notifying the Court that they "have orally reached settlement agreements that will resolve all present and future disputes arising out of the events set forth in plaintiff's complaint." The Notice of Settlement also "request[s] that the court continue trial in this matter, and all pending deadlines for submission of trial briefs, motions in limine, jury instructions, etc. . . . for ninety (90) days or as soon thereafter as this matter may be heard."

Trial is scheduled to commence in this action on December 4, 2007. Absent a showing that a judicially enforceable settlement exists, the trial commencement date will not be vacated; the mere representation that an action has been settled does not justify

1  removal of the action from a district court's trial docket.  See
2  Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (revealing that
3  before a settlement agreement is enforceable the parties must have
4  agreed to all material terms of the settlement in an enforceable
5  form).  Moreover, vacating the trial date in this action would
6  create a docketing problem because other actions are scheduled for
7  trial ninety days from the trial date presently scheduled in this
8  action.  It is doubtful that it would be fair for the parties in
9  those actions to lose their trial dates if settlement is not
10 realized in this action.
11         If the parties desire to have the trial date vacated,
12 they must file a dismissal document by November 29, 2007, or place
13 a judicially enforceable settlement on the record by the same date
14 (either by filing a writing in which the parties and counsel set
15 forth all material terms of the settlement or by setting forth all
16 material settlement terms on the record in a hearing before the
17 judge).  Otherwise, the case will not be removed from the judge's
18 trial docket.
19         If the parties elect to file a document setting forth the
20 material terms of their settlement, each party, through an
21 authorized agent, must affirm the settlement under 28 U.S.C. §
22 1746, or through the agent's duly-notarized signature.  Affirming
23 the settlement as stated could make it enforceable under federal
24 law.  See Callie, 829 F.2d at 890.  If the parties elect to set
25 forth the settlement terms at a hearing on the record, they must
26 contact the judge's courtroom deputy, Shani Furstenau (916-930-
27 4114), to schedule a hearing on the judge's calender so that the
28 hearing will take place on or before November 29, 2007.

1           In light of the prospects that this action has to settle,
2  the parties' request to continue the pending dates set forth in the
3  October 10, 2007 Final Pretrial Order ("FPO"), except for the
4  trial date, is granted, but not to the extent requested.  The
5  pending dates are modified as follows: any Stipulation Re:
6  Evidentiary Disagreements (FPO at 2); trial briefs (FPO at 3); a
7  statement concerning the nature of this case that can be read to
8  the jury (FPO at 8-9); jury instructions (FPO at 9); proposed voir
9  dire (FPO at 9); verdict forms (FPO at 9); and a document
10 estimating the length of the trial (FPO at 13 n.7), shall be filed
11 no later than November 28, 2007.  Responding trial briefs (FPO at
12 3); any authority opposing a contested jury instruction or verdict
13 form (FPO at 9, 10); and any authority opposing proposed voir dire
14 questions (FPO at 11), shall be filed no later than noon on
15 November 30, 2007.  The parties shall exchange exhibits with each
16 other no later than November 28, 2007, and any objection to an
17 exhibit shall be filed no later than noon on November 30, 2007.
18 (FPO at 6.)  Further, counsel for each party shall serve on the
19 other parties a statement designating all answers to
20 interrogatories and all portions of depositions no later than
21 November 26, 2007; shall serve counter-designations of other
22 portions of those discovery documents no later than November 28,
23 2007; and shall file and serve any preserved evidentiary objections
24 ///
25 ///
26 ///
27 ///
28 ///

1 | to any designated discovery no later than noon on November 30,
2 | 2007.  (FPO at 7.)
3 |          IT IS SO ORDERED.
4 | Dated:  November 13, 2007
5 |                                     GARLAND E. BURRELL, JR.
  |                                     United States District Judge